# Court of Appeals
# of the State of Georgia

ATLANTA,____June 04, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1478.  JACQUELYNE G. FREEMAN AND LARRY E. FREEMAN v. HERITAGE PROPERTY MANAGEMENT SERVICES, INC.**

Upon consideration of the Appellee's Emergency Motion to Abate and Remand for Enforcement of Settlement, said motion is hereby GRANTED.   This case is remanded to the trial court for it to consider a motion to enforce settlement agreement, which the Appellee has indicated that it will file.  Upon resolution of said motion, either and/or both parties may file a new Notice of Appeal should they wish.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____06/04/2015_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*